JS-6

# United States District Court
# Central District of California

DAVID FERRER ARROYO,

Plaintiff,

v.

ALBERTSONS COMPANIES INC. et al.,

Defendants.

Case № 2:24-cv-08935-ODW (Ex)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, (Dkt. No. 61), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1.     Plaintiff shall recover nothing from Defendant;

2.     Plaintiff's Second Amended Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

March 12, 2026

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**